IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURA PRESSLEY, ROBERT BAGWELL, TERESA SOLL, THOMAS L. KORKMAS, and MADELON HIGHSMITH,<br><br>               Plaintiffs,<br>v.<br><br>JANE NELSON, in her official capacity as the Texas Secretary of State, CHRISTINA ADKINS, in her official capacity as Director of the Elections Division of the Texas Secretary of State, BRIDGETTE ESCOBEDO, in her official capacity as Williamson County Elections Administrator; DESI ROBERTS, in his official capacity as Bell County Elections Administrator, and ANDREA WILSON, in her official capacity as Llano County Elections Administrator,<br><br>               Defendants. | Civil Action No. 1:24-cv-00318-DII |

## EXHIBITS TO DECLARATION OF PLAINTIFF LAURA PRESSLEY
## PART 5

Plaintiffs hereby file the exhibits to the Declaration of Plaintiff Laura Pressley. These exhibits are offered in support of Plaintiffs' Original Complaint [Doc. #1] and Emergency Application for Temporary Restraining Order [Doc. #2], as well as any future filings or hearings.

Respectfully submitted:

_____
Anna Eby
State Bar No. 24059707
EBY LAW FIRM, PLLC
P.O. Box 1703
Round Rock, Texas 78680
Telephone: (512) 410-0302
Facsimile: (512) 477-0154
eby@ebylawfirm.com

/s/ *Frank G. Dobrovolny*
Frank Dobrovolny
State Bar No. 24054914
The Dobrovolny Law Firm, P.C.
217 South Ragsdale
Jacksonville, TX 75766
903-586-7555
DobrovolnyLawFirm@Gmail.com

Attorneys for Plaintiffs:
Robert Bagwell, Teresa Soll, Thomas L. Korkmas, and Madelon Highsmith


/s/*Laura Pressley*
Laura Pressley, Ph.D., *pro se* litigant
101 Oak Street, Ste. 248
Copperas Cove, TX  76522
313-720-5471
LauraPressley@Proton.me