00000230 BAM22FB

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-1



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

JLR



00000232 BBX9265
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBJ5E1F

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



90000231 BBH34FE

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------------
FOR/A FAVOR
------------------------------------------------FOR/A FAVOR

JLR



00000232 BBHB2CD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBIDE2B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBHC873

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBH6BBE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00006232 BBIC492
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR





00000232 BBIFF2F

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA





00000231 BBJ14C3

**WILLIAMSON COUNTY, TEXAS**
**NOVEMBER 2023 CONSTITUTIONAL & SPECI**
**AL ELECTION**
**370**
**370-6**

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------
AGAINST/EN CONTRA

JLR

P

00000231 BBJA705

WILLIAMSON COUNTY, TEXAS

NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION

370

370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
FOR/A FAVOR

JLR

P

00000232 BBIF595
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000231 BBIE937

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

WILCO ESD 8, PROP A
AGAINST/EN CONTRA

JLR



00000232 BBJ8749

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBJD850
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232_BBHEFC2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBJC390

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
NO SELECTION

STATE OF TEXAS, PROP 13----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BBHAABF

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000231 BBI2DED

**WILLIAMSON COUNTY, TEXAS**

NOVEMBER 2023 CONSTITUTIONAL & SPECI

AL ELECTION

370

370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

JLR



00000232 BBJ7DBD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                          AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
                                          FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                          AGAINST/EN CONTRA

JLR



P

00000232 BBIBB86
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B--------------------------------------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

JLR



00000232 BBH8044

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

JLR



00000232 BBH956F

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BBIC3CD

P

WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBH7A5F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 4---------------------------------
                                            NO SELECTION
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 9---------------------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 10--------------------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 11--------------------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 13--------------------------------
                                         AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                              FOR/A FAVOR
WILCO, PROP A-----------------------------------------
                                              FOR/A FAVOR
WILCO, PROP B-----------------------------------------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
----------------------------------------------FOR/A FAVOR

JLR



00000232 BBJ5F43

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBI57DD

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                        AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
                                              FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
----------------------------------------------------------

JLR

P

00000232 BBI5242
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBI62F3

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------- FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------- FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------ AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------ AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------ AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------- AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------- AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

JLR

00000231 BBHC9B8

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR



JLR

00000232 BBHBFF3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR
WILCO, PROP A------------------------------------------
FOR/A FAVOR
WILCO, PROP B------------------------------------------
FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BBI34BA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBH7D2B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBHA901

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBJCA45

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS
NO SELECTION

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

JLR



00000232 BBI46F3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBJDA15
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
                                          AGAINST/EN CONTRA

WILCO, PROP A
                                          AGAINST/EN CONTRA

WILCO, PROP B
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
                                          AGAINST/EN CONTRA

JLR



P

00009232 BBIF17D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
                                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
                                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
                                                FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                                FOR/A FAVOR

WILCO, PROP A--------------------------------------------
                                                FOR/A FAVOR

WILCO, PROP B--------------------------------------------
                                                FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                                FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                                FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                                FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                                AGAINST/EN CONTRA

JLR

00000232 BBH716B
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAIAST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000231 BBI4187
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------------
AGAINST/EN CONTRA

JLR

P

00000232 BBJ529C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000231 BBJ99BD

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

JLR



00000231 BBJA59C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR

JLR



00000231 BBJ2218
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                          FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                          AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
                                          AGAINST/EN CONTRA

WILCO ESD 8, PROP A--------------------------------
                                          FOR/A FAVOR



00000232 BBJ4F7E

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                      AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

JLR



P

00000232 BBHE293
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                          FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                          FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

JLR

P

00000232 BBJB19A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBJ846C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBJ590D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

JLR



00000232 BBGD6BF
WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000231 BBIB0EE

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR

JLR



00000231 BBI8629
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

JLR



00000231 BBHF003
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
AGAINST/EN CONTRA

JLR

00000231 BBJ21EB

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 9
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 10
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 13
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
                                    FOR/A FAVOR

WILCO, PROP A
                                    FOR/A FAVOR

WILCO, PROP B
                                    FOR/A FAVOR

WILCO ESD 8, PROP A
                                    FOR/A FAVOR

JLR



00000232 BBH891B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR





00000231 BBJ0002
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR

JLR

P

00000232 BBI503F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                            FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                            FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

JLR

P

00000231 BBHF87A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS-------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS-------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS-------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

JLR



00000232 BBJ9D84
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBI13F0

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                    AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
                                    FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA





00000232 BBHEB42
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR





00000232 BBJ5630
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBHE265
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                            FOR/A FAVOR

WILCO, PROP A---------------------------------------
                                     AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

JLR

P

00000232 BBH4BCE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBI3572
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000231 BBJA8AD

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                  AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                  AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                      FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                      FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                  AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                      FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                  AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                      FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                  AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
                                  AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                    FOR/A FAVOR

WILCO, PROP A---------------------------------------
                                      FOR/A FAVOR

WILCO, PROP B---------------------------------------
                                      FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------
                                  AGAINST/EN CONTRA

JLR



P

00000232 BBIDEA9

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
NO SELECTION

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBJ19F0
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000231 BBI7641
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS-----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------------
FOR/A FAVOR

JLR

P

00000231 BBIA56F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
AGAINST/EN CONTRA

JLR

P

00000231 BBJEF2D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 19----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
FOR/A FAVOR

JLR

P

00000232 BBH3A9C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBJ7B35
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBGC4C1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA





00000232 BBID2AC
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                            FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                            FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

JLR


00000231 BBIAD80

P

WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR

JLR

00000232 BBI8D52

□ P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
NO SELECTION

JLR



00000231 BBJ0718

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR

JLR

P

00000232 BBJE6E8
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BBJEDC3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000231 BBH678A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
NO SELECTION

STATE OF TEXAS, PROP 13-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
NO SELECTION

WILCO, PROP A--------------------------------------
NO SELECTION

WILCO, PROP B--------------------------------------
NO SELECTION

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR

JLR

P

00000232 BBI6D27
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000231 BBIB692
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

WILCO ESD 8, PROP A
AGAINST/EN CONTRA

JLR

P

00000231 BBH2698
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A----------------------------------
AGAINST/EN CONTRA

JLR



P

00000232 BBJ9359
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 4---------------------------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 9---------------------------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 10--------------------------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 11--------------------------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                                    FOR/A FAVOR
STATE OF TEXAS, PROP 13--------------------------------
                                                AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                                    FOR/A FAVOR
WILCO, PROP A-----------------------------------------
                                                    FOR/A FAVOR
WILCO, PROP B-----------------------------------------
                                                    FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                                    FOR/A FAVOR
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                                    FOR/A FAVOR
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                                    FOR/A FAVOR
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                                    FOR/A FAVOR

JLR



00000231 BBJE519
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
AGAINST/EN CONTRA

JLR



P

00000231 BBIC46E
WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

JLR



P

00000232 BBJ2A84

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                         FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                         FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                    AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
                                         FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                         FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                         FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                         FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                         FOR/A FAVOR



P

00000232 BBHBF02
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
NO SELECTION

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000231 BBHF631
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                           FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                           FOR/A FAVOR

WILCO, PROP B--------------------------------------
                                           FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
                                           FOR/A FAVOR

JLR

00000232 BBI792B
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
NO SELECTION

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

00000231 BBJ9730
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A-----------------------------------
AGAINST/EN CONTRA

JLR



00000232 BBJC916
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBIE807

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

99000231 BBHB422
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------------
AGAINST/EN CONTRA

JLR



P

00000232 BBG909A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

00000232 BBIE206
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

JLR

00000232 BBI683C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 4----------------------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 9----------------------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 10---------------------------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 11---------------------------------
                                              FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 13---------------------------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                              FOR/A FAVOR
WILCO, PROP A------------------------------------------
                                              FOR/A FAVOR
WILCO, PROP B------------------------------------------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

JLR



00000232 BBHDCE0

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBI2466

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

JLR

00000232 BCMF75C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BAC3DAD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000232 BAC58C0
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BAC2433
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BAC3D67
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                              FOR/A FAVOR

WILCO, PROP A-----------------------------------------
                                              FOR/A FAVOR

WILCO, PROP B-----------------------------------------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR



P

00000232 BAB0406
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BAC72D9
**P**
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000231 BAAE5DA

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13 --------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                          FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                          FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                          FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
                                          FOR/A FAVOR

JLR

00000232 BAD6748

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BAD9EFE

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BADB3C6
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR
STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR
WILCO, PROP A---------------------------------------
FOR/A FAVOR
WILCO, PROP B---------------------------------------
FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BABE98E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BACC99B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000231 BAB8FBA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

JLR

00000232 BADEEC7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000232 BAC22C2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

00000232 BAC1136
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-B

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BAD7A06
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

jLR

P

00000232 BAD0526
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

JLR



00000232 BAA2A49
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BAD3399
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BAC17CE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
NO SELECTION

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
NO SELECTION

WILCO, PROP B---------------------------------------
NO SELECTION

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
NO SELECTION

JLR

P

00000232 BAD6175
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BAD913B
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

JLR



00000231 BAC5745
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------------
FOR/A FAVOR

JLR

00000232 BAD4AAF

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS·············
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS············
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS···············
FOR/A FAVOR

STATE OF TEXAS, PROP 4·································
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS···············
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS···············
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS···············
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS···············
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9·································
FOR/A FAVOR

STATE OF TEXAS, PROP 10································
FOR/A FAVOR

STATE OF TEXAS, PROP 11································
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS··············
FOR/A FAVOR

STATE OF TEXAS, PROP 13································
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS···············
AGAINST/EN CONTRA

WILCO, PROP A·········································
FOR/A FAVOR

WILCO, PROP B·········································
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN·······
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN·······
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN·······
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN·······
AGAINST/EN CONTRA

JLR

P

00000232 BACF005
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BADCD5D

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BABDB7A

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000231 BACE1D3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
AGAINST/EN CONTRA

JLR

P

00000232 BAC78F1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BAC311C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
                                        AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

JLR



P

00000232 BAC44A4
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BADCC31
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
                                             FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                             FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                        AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
                                             FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                             FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

JLR

00000232 BACD179
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

JLR

P

00000231 BAD605E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR

JLR

P

00000232 BAB746E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
------------------------------------- FOR/A FAVOR

JLR



P

00000232 BACE06D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BAA17F7

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000231 BAD2267
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA

JLR

00000232 BAB1212
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

JLR

00000231 BAD8FA1

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR

JLR



P

00009232 BBNCB66
WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000231 BBN0C44
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

JLR

P

00000232 BBN067D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS --------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-- ---------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBNEB2A

**WILLIAMSON COUNTY, TEXAS**
**NOVEMBER 2023 CONSTITUTIONAL & SPECI**
**AL ELECTION**
**370**
**370-8**

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000231 BBL968B

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

JLR



P

00000232 BBLA6FA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBNDA98
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000232 BBN8981
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
NO SELECTION

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

00000232 BBNFE76
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBLCC65

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBLD130

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBNC5EE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBN483C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS --------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBN2F37
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                            FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                        AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

JLR

P

00000232 BBL1479
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                       FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
                                     NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                     NO SELECTION

STATE OF TEXAS, PROP 13--------------------------------
                                AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                       FOR/A FAVOR

WILCO, PROP A-----------------------------------------
                                       FOR/A FAVOR

WILCO, PROP B-----------------------------------------
                                       FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                       FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                       FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                       FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                       FOR/A FAVOR

JLR

P

00000231 BBN766B
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------
FOR/A FAVOR

JLR

00000232 BBM892D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 13-------------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000231 BBN7D1C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----- ----------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A----------------------------------
FOR/A FAVOR

JLR



00000232 BBNA7AD
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000231 BBL10B4
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

JLR

P

00000232 BBLAB05
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                        FOR/A FAVOR

WILCO, PROP A-------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B-------------------------------------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

JLR

P

00000232 BBN1C68
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                              FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                              FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                           AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                           AGAINST/EN CONTRA

JLR

P

00000232 BBKBE35
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBNC97B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBN476F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

00000232 BBL7F8F

☐ P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000231 BBNFFFD

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA

JLR



00000232 BBL6D13
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBK30A6
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBMC5FE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBNF785
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000232 BBMA5F4
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232  BBL96AF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                          FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                          FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

JLR



00000232 BBN35AA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR
STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR
STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR
WILCO, PROP A---------------------------------------
FOR/A FAVOR
WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

00000232 BBK45AD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
NO SELECTION

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



00000232 BBNFD74

**WILLIAMSON COUNTY, TEXAS**
**NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION**
**370**
**370-8**

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN--------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN--------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN--------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN--------
FOR/A FAVOR

JLR



P

00000232 BBL525E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JL'R

P

00000232 BBN62CD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

JLR



P

00000232 BBL9702
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BBLBD9B

WILLIAMSON COUNTY, TEXAS

NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION

370

370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

09000232 BBN3023
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

JLR

00000232 BBMCD2E

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

00000232 BBLB8EE

**P**

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
NO SELECTION

WILCO, PROP B------------------------------------------
NO SELECTION

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



P

00009232 BBN67A5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN--------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN--------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN--------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN--------
AGAINST/EN CONTRA

JLR

P

00000232 BBN4EEE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-- ----
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



90000232 BBNE77F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBL57D2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR



P

00000232 BBNF8B1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR
------------------------------------- FOR/A FAVOR

JLR

00000232 BBNFC7B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBLFD5C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000232 BBLD4A5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS. PROP 14/STATE OF TEXAS--------------
                                          FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                       AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

JLR



P

00000232 BBL229A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBLAA60

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR



00000232 BBN07CD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBNE838
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

JLR

P

00000232 BBNDF13
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

JLR

P

00000231 BAX872D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

JLR

P

00000232 BAV1CE1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

JLR

370 RB 0

**November 7, 2023**
*7 de noviembre de 2023*

## Constitutional Amendment and Special Elections of Williamson County, Texas
### *Elecciones Sobre Enmiendas a la Constitución y Especiales Condado de Williamson, TX*

**Official Ballot**
*Boleta Oficial*

**State Senate**
*Senado Estatal*

**State**
*Estado*

**INSTRUCTION NOTE:**
Vote for your choice in each race by darkening in the oval beside the candidate's name or proposition.



**NOTA DE INSTRUCCIÓN:**
*Vote por su preferencia en cada carrera, rellenando el óvalo que se encuentra a lado del nombre del candidato o la proposición.*

**State**
*Estado*

### State of Texas, Proposition 1
*Estado de Texas, Número de propuesta 1*

The constitutional amendment protecting the right to engage in farming, ranching, timber production, horticulture, and wildlife management.
*La enmienda constitucional que protege el derecho a dedicarse a la agricultura, la ganadería, la producción de madera, la horticultura y la gestión de la vida silvestre.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 2
*Estado de Texas, Número de propuesta 2*

The constitutional amendment authorizing a local option exemption from ad valorem taxation by a county or municipality of all or part of the appraised value of real property used to operate a child-care facility.
*La enmienda constitucional que autoriza una exención opcional a nivel local de impuestos ad valorem por un condado o municipio sobre la totalidad o parte del valor tasado de los bienes inmuebles utilizados para operar una instalación de cuidado infantil.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 3
*Estado de Texas, Número de propuesta 3*

The constitutional amendment prohibiting the imposition of an individual wealth or net worth tax, including a tax on the difference between the assets and liabilities of an individual or family.
*La enmienda constitucional que prohíbe la aplicación de un impuesto sobre la riqueza o el patrimonio neto individual, lo que incluye un impuesto basado en la diferencia entre los activos y pasivos de una persona o familia.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 4
*Estado de Texas, Número de propuesta 4*

The constitutional amendment to authorize the legislature to establish a temporary limit on the maximum appraised value of real property other than a residence homestead for ad valorem tax purposes; to increase the amount of the exemption from ad valorem taxation by a school district applicable to residence homesteads from $40,000 to $100,000; to adjust the amount of the limitation on school district ad valorem taxes imposed on the residence homesteads of the elderly or disabled to reflect increases in certain exemption amounts; to except certain appropriations to pay for ad valorem tax relief from the constitutional limitation on the rate of growth of appropriations; and to authorize the legislature to provide for a four-year term of office for a member of the board of directors of certain appraisal districts.
*La enmienda constitucional para autorizar a la legislatura a establecer un límite temporal sobre el valor máximo de tasación de los bienes inmuebles que no sean residencias familiares a efectos de impuestos ad valorem; a aumentar el monto de la exención de impuestos ad valorem por un distrito escolar aplicable a las residencias familiares de $40,000 a $100,000; a ajustar el monto de la limitación de los impuestos ad valorem del distrito escolar aplicados a las residencias familiares de personas mayores o discapacitadas para reflejar los aumentos en ciertos montos de exención; a exceptuar ciertas asignaciones de pagar para el alivio del impuesto ad valorem de la limitación constitucional sobre la tasa de crecimiento de las asignaciones; y a autorizar a la legislatura a prever un mandato de cuatro años de cargo para un miembro de la junta directiva de ciertos distritos de tasación.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 5
*Estado de Texas, Número de propuesta 5*

The constitutional amendment relating to the Texas University Fund, which provides funding to certain institutions of higher education to achieve national prominence as major research universities and drive the state economy.
*La enmienda constitucional relacionada con el Fondo Universitario de Texas (Texas University Fund), que establece financiamiento para ciertas instituciones de educación superior con el fin de lograr renombre nacional como importantes universidades de investigación e impulsar la economía estatal.*

○ For
  *A Favor*

● Against
  *En Contra*

### State of Texas, Proposition 6
*Estado de Texas, Número de propuesta 6*

The constitutional amendment creating the Texas water fund to assist in financing water projects in this state.
*La enmienda constitucional que crea el fondo de agua de Texas con el fin de facilitar el financiamiento de proyectos hídricos en este estado.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 7
*Estado de Texas, Número de propuesta 7*

The constitutional amendment providing for the creation of the Texas energy fund to support the construction, maintenance, modernization, and operation of electric generating facilities.
*La enmienda constitucional que establece la creación del fondo de energía de Texas con el fin de apoyar la construcción, mantenimiento, modernización y operación de instalaciones generadoras de energía eléctrica.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 8
*Estado de Texas, Número de propuesta 8*

The constitutional amendment creating the broadband infrastructure fund to expand high-speed broadband access and assist in the financing of connectivity projects.
*La enmienda constitucional que crea el fondo para infraestructura de banda ancha con el fin de expandir el acceso a la banda ancha de alta velocidad y facilitar el financiamiento de proyectos de conectividad.*

○ For
  *A Favor*

● Against
  *En Contra*

### State of Texas, Proposition 9
*Estado de Texas, Número de propuesta 9*

The constitutional amendment authorizing the 88th Legislature to provide a cost-of-living adjustment to certain annuitants of the Teacher Retirement System of Texas.
*La enmienda constitucional que autoriza a la 88ª Legislatura a proporcionar un ajuste por costo de vida a ciertos beneficiarios del Sistema de Jubilación de Maestros de Texas.*

● For
  *A Favor*

○ Against
  *En Contra*

### State of Texas, Proposition 10
*Estado de Texas, Número de propuesta 10*

The constitutional amendment to authorize the legislature to exempt from ad valorem taxation equipment or inventory held by a manufacturer of medical or biomedical products to protect the Texas healthcare network and strengthen our medical supply chain.
*La enmienda constitucional que autoriza a la legislatura a eximir de impuestos ad valorem los equipos o inventarios pertenecientes a un fabricante de productos médicos o biomédicos, con el fin de proteger la red de atención médica de Texas y fortalecer nuestra cadena de suministro médico.*

● For
  *A Favor*

○ Against
  *En Contra*

## Vote Both Sides
### *Vote en Ambos Lados*

Typ:01 Seq:0231 Spl:01

370 RB 0

VBM0000642

370 BS 6

## State of Texas, Proposition 11
*Estado de Texas, Número de propuesta 11*

The constitutional amendment authorizing the legislature to permit conservation and reclamation districts in El Paso County to issue bonds supported by ad valorem taxes to fund the development and maintenance of parks and recreational facilities.
*La enmienda constitucional que autoriza a la legislatura a permitir que los distritos de conservación y reclamación en el Condado de El Paso emitan bonos respaldados por impuestos ad valorem para financiar el desarrollo y mantenimiento de parques e instalaciones recreativas.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 12
*Estado de Texas, Número de propuesta 12*

The constitutional amendment providing for the abolition of the office of county treasurer in Galveston County.
*La enmienda constitucional que establece la abolición del cargo de tesorero del condado en el Condado de Galveston.*

○ For
*A Favor*

● Against
*En Contra*

## State of Texas, Proposition 13
*Estado de Texas, Número de propuesta 13*

The constitutional amendment to increase the mandatory age of retirement for state justices and judges.
*La enmienda constitucional para aumentar la edad obligatoria de jubilación para magistrados y jueces estatales.*

○ For
*A Favor*

● Against
*En Contra*

## State of Texas, Proposition 14
*Estado de Texas, Número de propuesta 14*

The constitutional amendment providing for the creation of the centennial parks conservation fund to be used for the creation and improvement of state parks.
*La enmienda constitucional que establece la creación del fondo de conservación de los parques centenarios que se utilizará para la creación y mejora de los parques estatales.*

● For
*A Favor*

○ Against
*En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

### Special Election
### Bond Election
*Elección Especial*
*Elección de Bonos*

**Proposition A**

The issuance of $826,000,000 of bonds for roads and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición A*
*La emisión de $826,000,000 en bonos para caminos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

● For
*A Favor*

○ Against
*En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

**Proposition B**

The issuance of $59,000,000 of bonds for park and recreational purposes and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición B*
*La emisión de $59,000,000 en bonos para parques y propósitos recreativos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

● For
*A Favor*

○ Against
*En Contra*

## Williamson County Emergency Services District No. 8
*Distrito Número 8 de Servicios de Emergencia del Condado de Williamson*

### Adoption of a local sales and use tax
*La adopción de un impuesto local de ventas y uso*

**Proposition A**

The adoption of a local sales and use tax in Williamson County Emergency Services District No. 8, at the rate of two percent.
*Proposición A*
*La adopción de un impuesto local de ventas y uso en el Distrito Número 8 de los Servicios de Emergencia del Condado de Williamson en la proporción del dos por ciento.*

● For
*A Favor*

○ Against
*En Contra*

0706

**Vote Both Sides**
*Vote en Ambos Lados*

370 BS 6

370 R0 0

# Constitutional Amendment and Special Elections of Williamson County, Texas
## Elecciones Sobre Enmiendas a la Constitución y Especiales Condado de Williamson, TX

**Official Ballot**
*Boleta Oficial*

**State**
*Estado*

**State**
*Estado*

**INSTRUCTION NOTE:**
Vote for your choice in each race by darkening in the oval beside the candidate's name or proposition.



**NOTA DE INSTRUCCIÓN:**
*Vote por su preferencia en cada carrera, rellenando el óvalo que se encuentra a lado del nombre del candidato o la proposición.*

**State**
*Estado*

## State of Texas, Proposition 1
### Estado de Texas, Número de propuesta 1

The constitutional amendment protecting the right to engage in farming, ranching, timber production, horticulture, and wildlife management.
*La enmienda constitucional que protege el derecho a dedicarse a la agricultura, la ganadería, la producción de madera, la horticultura y la gestión de la vida silvestre.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 2
### Estado de Texas, Número de propuesta 2

The constitutional amendment authorizing a local option exemption from ad valorem taxation by a county or municipality of all or part of the appraised value of real property used to operate a child-care facility.
*La enmienda constitucional que autoriza una exención opcional a nivel local de impuestos ad valorem por un condado o municipio sobre la totalidad o parte del valor tasado de los bienes inmuebles utilizados para operar una instalación de cuidado infantil.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 3
### Estado de Texas, Número de propuesta 3

The constitutional amendment prohibiting the imposition of an individual wealth or net worth tax, including a tax on the difference between the assets and liabilities of an individual or family.
*La enmienda constitucional que prohíbe la aplicación de un impuesto sobre la riqueza o el patrimonio neto individual, lo que incluye un impuesto basado en la diferencia entre los activos y pasivos de una persona o familia.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 4
### Estado de Texas, Número de propuesta 4

The constitutional amendment to authorize the legislature to establish a temporary limit on the maximum appraised value of real property other than a residence homestead for ad valorem tax purposes; to increase the amount of the exemption from ad valorem taxation by a school district applicable to residence homesteads from $40,000 to $100,000; to adjust the amount of the limitation on school district ad valorem taxes imposed on the residence homesteads of the elderly or disabled to reflect increases in certain exemption amounts; to except certain appropriations to pay for ad valorem tax relief from the constitutional limitation on the rate of growth of appropriations; and to authorize the legislature to provide for a four-year term of office for a member of the board of directors of certain appraisal districts.
*La enmienda constitucional para autorizar a la legislatura a establecer un límite temporal sobre el valor máximo de tasación de los bienes inmuebles que no sean residencias familiares a efectos de impuestos ad valorem; a aumentar el monto de la exención de impuestos ad valorem por un distrito escolar aplicable a las residencias familiares de $40,000 a $100,000; a ajustar el monto de la limitación de los impuestos ad valorem del distrito escolar aplicados a las residencias familiares de personas mayores o discapacitadas para reflejar los aumentos en ciertos montos de exención; a exceptuar ciertas asignaciones de pago para el alivio del impuesto ad valorem de la limitación constitucional sobre la tasa de crecimiento de las asignaciones; y a autorizar a la legislatura a prever un mandato de cuatro años de cargo para un miembro de la junta directiva de ciertos distritos de tasación.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 5
### Estado de Texas, Número de propuesta 5

The constitutional amendment relating to the Texas University Fund, which provides funding to certain institutions of higher education to achieve national prominence as major research universities and drive the state economy.
*La enmienda constitucional relacionada con el Fondo Universitario de Texas (Texas University Fund), que establece financiamiento para ciertas instituciones de educación superior con el fin de lograr reconocimiento nacional como importantes universidades de investigación e impulsar la economía estatal.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 6
### Estado de Texas, Número de propuesta 6

The constitutional amendment creating the Texas water fund to assist in financing water projects in this state.
*La enmienda constitucional que crea el fondo de agua de Texas con el fin de facilitar el financiamiento de proyectos hídricos en este estado.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 7
### Estado de Texas, Número de propuesta 7

The constitutional amendment providing for the creation of the Texas energy fund to support the construction, maintenance, modernization, and operation of electric generating facilities.
*La enmienda constitucional que establece la creación del fondo de energía de Texas con el fin de apoyar la construcción, mantenimiento, modernización y operación de instalaciones generadoras de energía eléctrica.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 8
### Estado de Texas, Número de propuesta 8

The constitutional amendment creating the broadband infrastructure fund to expand high-speed broadband access and assist in the financing of connectivity projects.
*La enmienda constitucional que crea el fondo para infraestructura de banda ancha con el fin de expandir el acceso a la banda ancha de alta velocidad y facilitar el financiamiento de proyectos de conectividad.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 9
### Estado de Texas, Número de propuesta 9

The constitutional amendment authorizing the 88th Legislature to provide a cost-of-living adjustment to certain annuitants of the Teacher Retirement System of Texas.
*La enmienda constitucional que autoriza a la 88.ª Legislatura a proporcionar un ajuste por costo de vida a ciertos beneficiarios del Sistema de Jubilación de Maestros de Texas.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## State of Texas, Proposition 10
### Estado de Texas, Número de propuesta 10

The constitutional amendment to authorize the legislature to exempt from ad valorem taxation equipment or inventory held by a manufacturer of medical or biomedical products to protect the Texas healthcare network and strengthen our medical supply chain.
*La enmienda constitucional que autoriza a la legislatura a eximir de impuestos ad valorem los equipos o inventarios pertenecientes a un fabricante de productos médicos o biomédicos, con el fin de proteger a la red de atención médica de Texas y fortalecer nuestra cadena de suministro médico.*

○ **For**
*A Favor*

○ **Against**
*En Contra*

## Vote Both Sides
## *Vote en Ambos Lados*

370 R0 0

Typ:01 Seq:0231 Spl:01

VBM0000643

370 BG 6

## State of Texas, Proposition 11
*Estado de Texas, Número de propuesta 11*

The constitutional amendment authorizing the legislature to permit conservation and reclamation districts in El Paso County to issue bonds supported by ad valorem taxes to fund the development and maintenance of parks and recreational facilities.
*La enmienda constitucional que autoriza a la legislatura a permitir que los distritos de conservación y reclamación en el Condado de El Paso emitan bonos respaldados por impuestos ad valorem para financiar el desarrollo y mantenimiento de parques e instalaciones recreativas.*

● For
  *A Favor*

○ Against
  *En Contra*

## State of Texas, Proposition 12
*Estado de Texas, Número de propuesta 12*

The constitutional amendment providing for the abolition of the office of county treasurer in Galveston County.
*La enmienda constitucional que establece la abolición del cargo de tesorero del condado en el Condado de Galveston.*

○ For
  *A Favor*

● Against
  *En Contra*

## State of Texas, Proposition 13
*Estado de Texas, Número de propuesta 13*

The constitutional amendment to increase the mandatory age of retirement for state justices and judges.
*La enmienda constitucional para aumentar la edad obligatoria de jubilación para los magistrados y jueces estatales.*

○ For
  *A Favor*

● Against
  *En Contra*

## State of Texas, Proposition 14
*Estado de Texas, Número de propuesta 14*

The constitutional amendment providing for the creation of the centennial parks conservation fund to be used for the creation and improvement of state parks.
*La enmienda constitucional que establece la creación del fondo de conservación de los parques centenarios que se utilizará para la creación y mejora de los parques estatales.*

● For
  *A Favor*

○ Against
  *En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

### Special Election
### Bond Election
*Elección Especial*
*Elección de Bonos*

**Proposition A**
The issuance of $826,000,000 of bonds for roads and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición A*
*La emisión de $826,000,000 en bonos para caminos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

● For
  *A Favor*

○ Against
  *En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

**Proposition B**
The issuance of $59,000,000 of bonds for park and recreational purposes and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición B*
*La emisión de $59,000,000 en bonos para parques y propósitos recreativos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

● For
  *A Favor*

○ Against
  *En Contra*

## Williamson County Emergency Services District No. 8
*Distrito Número 8 de Servicios de Emergencia del Condado de Williamson*

### Adoption of a local sales and use tax
*La adopción de un impuesto local de ventas y uso*

**Proposition A**
The adoption of a local sales and use tax in Williamson County Emergency Services District No. 8, at the rate of two percent.
*Proposición A*
*La adopción de un impuesto local de ventas y uso en el Distrito Número 8 de los Servicios de Emergencia del Condado de Williamson en la proporción del dos por ciento.*

● For
  *A Favor*

○ Against
  *En Contra*

 0700

**Vote Both Sides**
*Vote en Ambos Lados*

Typ:01 Seq:0231 Dpk:01

370 BLB B

**November 7, 2023**
*7 de noviembre de 2023*

# Constitutional Amendment and Special Elections of Williamson County, Texas
## Elecciones Sobre Enmiendas a la Constitución y Especiales Condado de Williamson, TX

**Official Ballot**
*Boleta Oficial*

**State**

**State**

**INSTRUCTION NOTE:**
Vote for your choice in each race by darkening in the oval beside the candidate's name or proposition.



*NOTA DE INSTRUCCIÓN:*
*Vote por su preferencia en cada carrera, rellenando el óvalo que se encuentra a lado del nombre del candidato o la proposición.*

**State**
*Estado*

## State of Texas, Proposition 1
*Estado de Texas, Número de propuesta 1*

The constitutional amendment protecting the right to engage in farming, ranching, timber production, horticulture, and wildlife management.
*La enmienda constitucional que protege el derecho a dedicarse a la agricultura, la ganadería, la producción de madera, la horticultura y la gestión de la vida silvestre.*

○ For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 2
*Estado de Texas, Número de propuesta 2*

The constitutional amendment authorizing a local option exemption from ad valorem taxation by a county or municipality of all or part of the appraised value of real property used to operate a child-care facility.
*La enmienda constitucional que autoriza una exención opcional a nivel local de impuestos ad valorem por un condado o municipio sobre la totalidad o parte del valor tasado de los bienes inmuebles utilizados para operar una instalación de cuidado infantil.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 3
*Estado de Texas, Número de propuesta 3*

The constitutional amendment prohibiting the imposition of an individual wealth or net worth tax, including a tax on the difference between the assets and liabilities of an individual or family.
*La enmienda constitucional que prohíbe la aplicación de un impuesto sobre la riqueza o el patrimonio neto individual, lo que incluye un impuesto basado en la diferencia entre los activos y pasivos de una persona o familia.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 4
*Estado de Texas, Número de propuesta 4*

The constitutional amendment to authorize the legislature to establish a temporary limit on the maximum appraised value of real property other than a residence homestead for ad valorem tax purposes; to increase the amount of the exemption from ad valorem taxation by a school district applicable to residence homesteads from $40,000 to $100,000; to adjust the amount of the limitation on school district ad valorem taxes imposed on the residence homesteads of the elderly or disabled to reflect increases in certain exemption amounts; to except certain appropriations to pay for ad valorem tax relief from the constitutional limitation on the rate of growth of appropriations; and to authorize the legislature to provide for a four-year term of office for a member of the board of directors of certain appraisal districts.
*La enmienda constitucional que autoriza a la legislatura a establecer un límite temporal sobre el valor máximo de tasación de los bienes inmuebles que no sean residencias familiares a efectos de impuestos ad valorem; a aumentar el monto de la exención de impuestos ad valorem por un distrito escolar aplicable a las residencias familiares de $40,000 a $100,000; a ajustar el monto de la limitación de los impuestos ad valorem del distrito escolar aplicados a las residencias familiares de personas mayores o discapacitadas para reflejar los aumentos en ciertos montos de exención; a exceptuar ciertas asignaciones de pagar para el alivio del impuesto ad valorem de la limitación constitucional sobre la tasa de crecimiento de las asignaciones; y a autorizar a la legislatura a prever un mandato de cuatro años de cargo para un miembro de la junta directiva de ciertos distritos de tasación.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 5
*Estado de Texas, Número de propuesta 5*

The constitutional amendment relating to the Texas University Fund, which provides funding to certain institutions of higher education to achieve national prominence as major research universities and drive the state economy.
*La enmienda constitucional relacionada con el Fondo Universitario de Texas (Texas University Fund), que establece financiamiento para ciertas instituciones de educación superior con el fin de lograr prominencia nacional como importantes universidades de investigación e impulsar la economía estatal.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 6
*Estado de Texas, Número de propuesta 6*

The constitutional amendment creating the Texas water fund to assist in financing water projects in this state.
*La enmienda constitucional que crea el fondo de agua de Texas con el fin de facilitar el financiamiento de proyectos hídricos en este estado.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 7
*Estado de Texas, Número de propuesta 7*

The constitutional amendment providing for the creation of the Texas energy fund to support the construction, maintenance, modernization, and operation of electric generating facilities.
*La enmienda constitucional que establece la creación del fondo de energía de Texas con el fin de apoyar la construcción, mantenimiento, modernización y operación de instalaciones generadoras de energía eléctrica.*

● For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 8
*Estado de Texas, Número de propuesta 8*

The constitutional amendment creating the broadband infrastructure fund to expand high-speed broadband access and assist in the financing of connectivity projects.
*La enmienda constitucional que crea el fondo para infraestructura de banda ancha con el fin de expandir el acceso a la banda ancha de alta velocidad y facilitar el financiamiento de proyectos de conectividad.*

○ For
*A Favor*

● Against
*En Contra*

## State of Texas, Proposition 9
*Estado de Texas, Número de propuesta 9*

The constitutional amendment authorizing the 88th Legislature to provide a cost-of-living adjustment to certain annuitants of the Teacher Retirement System of Texas.
*La enmienda constitucional que autoriza a la 88ª Legislatura a proporcionar un ajuste por costo de vida a ciertos beneficiarios del Sistema de Jubilación de Maestros de Texas.*

○ For
*A Favor*

○ Against
*En Contra*

## State of Texas, Proposition 10
*Estado de Texas, Número de propuesta 10*

The constitutional amendment to authorize the legislature to exempt from ad valorem taxation equipment or inventory held by a manufacturer of medical or biomedical products to protect the Texas healthcare network and strengthen our medical supply chain.
*La enmienda constitucional que autoriza a la legislatura a eximir de impuestos ad valorem los equipos o inventarios pertenecientes a un fabricante de productos médicos o biomédicos, con el fin de proteger a la red de atención médica de Texas y fortalecer nuestra cadena de suministro médico.*

● For
*A Favor*

○ Against
*En Contra*

## Vote Both Sides
*Vote en Ambos Lados*

370 BLB B

Typ:01 Seq:0232 Spl:01

370 BG 8

**November 7, 2023**
*7 de noviembre de 2023*

### State of Texas, Proposition 11
*Estado de Texas, Número de propuesta 11*

The constitutional amendment authorizing the legislature to permit conservation and reclamation districts in El Paso County to issue bonds supported by ad valorem taxes to fund the development and maintenance of parks and recreational facilities.
*La enmienda constitucional que autoriza a la legislatura a permitir que los distritos de conservación y reclamación en el Condado de El Paso emitan bonos respaldados por impuestos ad valorem para financiar el desarrollo y mantenimiento de parques e instalaciones recreativas.*

○ For
*A Favor*

○ Against
*En Contra*

### State of Texas, Proposition 12
*Estado de Texas, Número de propuesta 12*

The constitutional amendment providing for the abolition of the office of county treasurer in Galveston County.
*La enmienda constitucional que establece la abolición del cargo de tesorero del condado en el Condado de Galveston.*

○ For
*A Favor*

○ Against
*En Contra*

### State of Texas, Proposition 13
*Estado de Texas, Número de propuesta 13*

The constitutional amendment to increase the mandatory age of retirement for state justices and judges.
*La enmienda constitucional para aumentar la edad obligatoria de jubilación para los magistrados y jueces estatales.*

○ For
*A Favor*

○ Against
*En Contra*

### State of Texas, Proposition 14
*Estado de Texas, Número de propuesta 14*

The constitutional amendment providing for the creation of the centennial parks conservation fund to be used for the creation and improvement of state parks.
*La enmienda constitucional que establece la creación del fondo de conservación de los parques centenarios que se utilizará para la creación y mejora de los parques estatales.*

○ For
*A Favor*

○ Against
*En Contra*

---

### Williamson County, Texas
*Condado de Williamson, Texas*

**Special Election**
**Bond Election**
*Elección Especial*
*Elección de Bonos*

**Proposition A**

The issuance of $825,000,000 bonds for roads and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición A*
*La emisión de $825,000,000 en bonos para caminos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

○ For
*A Favor*

○ Against
*En Contra*

### Williamson County, Texas
*Condado de Williamson, Texas*

**Proposition B**

The issuance of $59,000,000 of bonds for park and recreational purposes and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición B*
*La emisión de $59,000,000 en bonos para parques y propósitos recreativos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

○ For
*A Favor*

○ Against
*En Contra*



### City of Georgetown
*Ciudad de Georgetown*

**Bond Election**
*Elección de Bonos*

**Proposition A**

The issuance of $56,000,000 bonds by the City of Georgetown, Texas, for a city facility which includes a customer service center as well as other city services and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición A*
*La emisión de $56,000,000 en bonos por la Ciudad de Georgetown, Texas, para una instalación de la ciudad que incluye un centro de atención al cliente además de otros servicios municipales y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

○ For
*A Favor*

○ Against
*En Contra*

### City of Georgetown
*Ciudad de Georgetown*

**Proposition B**

The issuance of $49,000,000 bonds by the City of Georgetown, Texas, for park and recreational projects for renovation and expansion of the Georgetown Recreation Center on Austin Avenue and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición B*
*La emisión de $49,000,000 en bonos por la Ciudad de Georgetown, Texas, para proyectos de parques y recreativos para renovación y ampliación del Centro de Recreación de Georgetown en la Austin Avenue y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

○ For
*A Favor*

○ Against
*En Contra*

---

### City of Georgetown
*Ciudad de Georgetown*

**Proposition C**

The issuance of $15,000,000 bonds by the City of Georgetown, Texas for animal shelter facilities to provide animal sheltering and control services to the City, which may include a joint arrangement with other local governmental entities to expand the Williamson County Regional Animal Shelter and/or new or renovated city facilities and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición C*
*La emisión de $15,000,000 en bonos por la Ciudad de Georgetown, Texas, para instalaciones de refugio de animales para proveer los servicios de control y refugio de animales a la Ciudad, que puede incluir preparativos conjuntos con otras entidades gubernamentales locales para ampliar el Refugio regional para Animales del Condado de Williamson y/o instalaciones municipales nuevas o renovadas y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

○ For
*A Favor*

○ Against
*En Contra*

### City of Georgetown
*Ciudad de Georgetown*

**Proposition D**

The issuance of $10,000,000 bonds by the City of Georgetown, Texas, for a jointly owned YMCA Recreation Center operated by the YMCA of Central Texas, expected to be located at or near 6200 Williams Drive, Georgetown, Texas and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición D*
*La emisión de $10,000,000 en bonos por la Ciudad de Georgetown, Texas, para un Centro de Recreación de YMCA de pertenencia conjunta, operada por YMCA de Texas Central, con ubicación prevista en 6200 Williams Drive, Georgetown, Texas o cerca de allí y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

○ For
*A Favor*

○ Against
*En Contra*

 3700

**Vote Both Sides**
*Vote en Ambos Lados*

370 BG 8

Typ:01 Seq:0232 Spl:01

370 R8 B

**November 7, 2023**
*7 de noviembre de 2023*

# Constitutional Amendment and Special Elections of Williamson County, Texas
## *Elecciones Sobre Enmiendas a la Constitución y Especiales Condado de Williamson, TX*

**Official Ballot**
*Boleta Oficial*

**State Ballot**
*Estado*

**State Ballot**
*Estado*

**INSTRUCTION NOTE:**
Vote for your choice in each race by darkening in the oval beside the candidate's name or proposition.



*NOTA DE INSTRUCCIÓN:*
*Vote por su preferencia en cada carrera, rellenando el óvalo que se encuentra a lado del nombre del candidato o la proposición.*

**State**
*Estado*

### State of Texas, Proposition 1
*Estado de Texas, Número de propuesta 1*

The constitutional amendment protecting the right to engage in farming, ranching, timber production, horticulture, and wildlife management.
*La enmienda constitucional que protege el derecho a dedicarse a la agricultura, la ganadería, la producción de madera, la horticultura y la gestión de la vida silvestre.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 2
*Estado de Texas, Número de propuesta 2*

The constitutional amendment authorizing a local option exemption from ad valorem taxation by a county or municipality of all or part of the appraised value of real property used to operate a child-care facility.
*La enmienda constitucional que autoriza una exención opcional a nivel local de impuestos ad valorem por un condado o municipio sobre la totalidad o parte del valor tasado de los bienes inmuebles utilizados para operar una instalación de cuidado infantil.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 3
*Estado de Texas, Número de propuesta 3*

The constitutional amendment prohibiting the imposition of an individual wealth or net worth tax, including a tax on the difference between the assets and liabilities of an individual or family.
*La enmienda constitucional que prohíbe la aplicación de un impuesto sobre la riqueza o el patrimonio neto individual, lo que incluye un impuesto basado en la diferencia entre los activos y pasivos de una persona o familia.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 4
*Estado de Texas, Número de propuesta 4*

The constitutional amendment to authorize the legislature to establish a temporary limit on the maximum appraised value of real property other than a residence homestead for ad valorem tax purposes; to increase the amount of the exemption from ad valorem taxation by a school district applicable to residence homesteads from $40,000 to $100,000; to adjust the amount of the limitation on school district ad valorem taxes imposed on the residence homesteads of the elderly or disabled to reflect increases in certain exemption amounts; to except certain appropriations to pay for ad valorem tax relief from the constitutional limitation on the rate of growth of appropriations; and to authorize the legislature to provide for a four-year term of office for a member of the board of directors of certain appraisal districts.
*La enmienda constitucional para autorizar a la legislatura a establecer un límite temporal sobre el valor máximo de tasación de los bienes inmuebles que no sean residencias familiares a efectos de impuestos ad valorem; a aumentar el monto de la exención de impuestos ad valorem por un distrito escolar aplicable a las residencias familiares de $40,000 a $100,000; a ajustar el monto de la limitación de los impuestos ad valorem del distrito escolar aplicados a las residencias familiares de personas mayores o discapacitadas para reflejar los aumentos en ciertos montos de exención; a exceptuar ciertas asignaciones de pago para el alivio del impuesto ad valorem de la limitación constitucional sobre la tasa de crecimiento de las asignaciones; y a autorizar a la legislatura a proveer un mandato de cuatro años de cargo para un miembro de la junta directiva de ciertos distritos de tasación.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 5
*Estado de Texas, Número de propuesta 5*

The constitutional amendment relating to the Texas University Fund, which provides funding to certain institutions of higher education to achieve national prominence as major research universities and drive the state economy.
*La enmienda constitucional relacionada con el Fondo Universitario de Texas (Texas University Fund), que establece financiamiento para ciertas instituciones de educación superior con el fin de lograr prestigio nacional como importantes universidades de investigación e impulsar la economía estatal.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 6
*Estado de Texas, Número de propuesta 6*

The constitutional amendment creating the Texas water fund to assist in financing water projects in this state.
*La enmienda constitucional que crea el fondo de agua de Texas con el fin de facilitar el financiamiento de proyectos hídricos en este estado.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 7
*Estado de Texas, Número de propuesta 7*

The constitutional amendment providing for the creation of the Texas energy fund to support the construction, maintenance, modernization, and operation of electric generating facilities.
*La enmienda constitucional que establece la creación del fondo de energía de Texas con el fin de apoyar la construcción, mantenimiento, modernización y operación de instalaciones generadoras de energía eléctrica.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 8
*Estado de Texas, Número de propuesta 8*

The constitutional amendment creating the broadband infrastructure fund to expand high-speed broadband access and assist in the financing of connectivity projects.
*La enmienda constitucional que crea el fondo para infraestructura de banda ancha con el fin de expandir el acceso a la banda ancha de alta velocidad y facilitar el financiamiento de proyectos de conectividad.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 9
*Estado de Texas, Número de propuesta 9*

The constitutional amendment authorizing the 88th Legislature to provide a cost-of-living adjustment to certain annuitants of the Teacher Retirement System of Texas.
*La enmienda constitucional que autoriza a la 88ª Legislatura a proporcionar un ajuste por costo de vida a ciertos anualistas del Sistema de Jubilación de Maestros de Texas.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

### State of Texas, Proposition 10
*Estado de Texas, Número de propuesta 10*

The constitutional amendment to authorize the legislature to exempt from ad valorem taxation equipment or inventory held by a manufacturer of medical or biomedical products to protect the Texas healthcare network and strengthen our medical supply chain.
*La enmienda constitucional que autoriza a la legislatura a eximir de impuestos ad valorem los equipos o inventarios pertenecientes a un fabricante de productos médicos o biomédicos, con el fin de proteger la red de atención médica de Texas y fortalecer nuestra cadena de suministro médico.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

## Vote Both Sides
### *Vote en Ambos Lados*

370 R8 B

Typ:01 Seq:0232 Spl:01

VBM0000785

370 BS 8

November 7, 2023
7 de noviembre de 2023



## State of Texas, Proposition 11
*Estado de Texas, Número de propuesta 11*

The constitutional amendment authorizing the legislature to permit conservation and reclamation districts in El Paso County to issue bonds supported by ad valorem taxes to fund the development and maintenance of parks and recreational facilities.
*La enmienda constitucional que autoriza a la legislatura a permitir que los distritos de conservación y reclamación en el Condado de El Paso emitan bonos respaldados por impuestos ad valorem para financiar el desarrollo y mantenimiento de parques e instalaciones recreativas.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## State of Texas, Proposition 12
*Estado de Texas, Número de propuesta 12*

The constitutional amendment providing for the abolition of the office of county treasurer in Galveston County.
*La enmienda constitucional que establece la abolición del cargo de tesorero del condado en el Condado de Galveston.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## State of Texas, Proposition 13
*Estado de Texas, Número de propuesta 13*

The constitutional amendment to increase the mandatory age of retirement for state justices and judges.
*La enmienda constitucional para aumentar la edad obligatoria de jubilación para los magistrados y jueces estatales.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## State of Texas, Proposition 14
*Estado de Texas, Número de propuesta 14*

The constitutional amendment providing for the creation of the centennial parks conservation fund to be used for the creation and improvement of state parks.
*La enmienda constitucional que establece la creación del fondo de conservación de los parques centenarios que se utilizará para la creación y mejora de los parques estatales.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

### Special Election
### Bond Election
*Elección Especial*
*Elección de Bonos*

**Proposition A**
The issuance of $826,000,000 of bonds for roads and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición A*
*La emisión de $826,000,000 en bonos para caminos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

**Proposition B**
The issuance of $59,000,000 of bonds for park and recreational purposes and the levy of taxes sufficient to pay principal of and interest on the bonds.
*Proposición B*
*La emisión de $59,000,000 en bonos para parques y propósitos recreativos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## City of Georgetown
*Ciudad de Georgetown*

### Bond Election
*Elección de Bonos*

**Proposition A**
The issuance of $56,000,000 bonds by the City of Georgetown, Texas, for a city facility which includes a customer service center as well as other city services and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición A*
*La emisión de $56,000,000 en bonos por la Ciudad de Georgetown, Texas, para una instalación de la ciudad que incluye un centro de atención al cliente además de otros servicios municipales y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ○ For
  *A Favor*
- ◉ Against
  *En Contra*

## City of Georgetown
*Ciudad de Georgetown*

**Proposition B**
The issuance of $49,000,000 bonds by the City of Georgetown, Texas, for park and recreational projects for renovation and expansion of the Georgetown Recreation Center on Austin Avenue and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición B*
*La emisión de $49,000,000 en bonos por la Ciudad de Georgetown, Texas, para proyectos de parques y recreativos para renovación y ampliación del Centro de Recreación de Georgetown en la Austin Avenue y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ○ For
  *A Favor*
- ◉ Against
  *En Contra*

## City of Georgetown
*Ciudad de Georgetown*

**Proposition C**
The issuance of $15,000,000 bonds by the City of Georgetown, Texas for animal shelter facilities to provide animal sheltering and control services to the City, which may include a joint arrangement with other local governmental entities to expand the Williamson County Regional Animal Shelter and/or new or renovated city facilities and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición C*
*La emisión de $15,000,000 en bonos por la Ciudad de Georgetown, Texas, para instalaciones de refugio de animales para proveer los servicios de control y refugio de animales a la Ciudad, que puede incluir preparativos conjuntos con otras entidades gubernamentales locales para ampliar el Refugio regional para Animales del Condado de Williamson y/o instalaciones municipales nuevas o renovadas y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ◉ For
  *A Favor*
- ○ Against
  *En Contra*

## City of Georgetown
*Ciudad de Georgetown*

**Proposition D**
The issuance of $10,000,000 bonds by the City of Georgetown, Texas, for a jointly owned YMCA recreation center operated by the YMCA of Central Texas, expected to be located at or near 6200 Williams Drive, Georgetown, Texas and the imposition of taxes sufficient to pay the principal of and interest on the bonds.
*Proposición D*
*La emisión de $10,000,000 en bonos por la Ciudad de Georgetown, Texas, para un Centro de Recreación de YMCA de pertenencia conjunta, operado por YMCA de Texas Central, con ubicación prevista en 6200 Williams Drive, Georgetown, Texas o cerca de allí y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ○ For
  *A Favor*
- ◉ Against
  *En Contra*

 3700

## Vote Both Sides
*Vote en Ambos Lados*

370 BS 8

Typ:01 Seq:0232 Spl:01

370 BS 6

**November 7, 2023**
*7 de noviembre de 2023*

# Constitutional Amendment and Special Elections of Williamson County, Texas
*Elecciones Sobre Enmiendas a la Constitución y Especiales Condado de Williamson, TX*

**Official Ballot**
**Boleta Oficial**

**INSTRUCTION NOTE!**
Vote for your choice in each race by darkening in the oval beside the candidate's name or proposition.



*NOTA DE INSTRUCCIÓN:*
*Vote por su preferencia en cada carrera, rellenando el óvalo que se encuentra a lado del nombre del candidato o la proposición.*



**State**
**Estado**

## State of Texas, Proposition 1
*Estado de Texas, Número de propuesta 1*

The constitutional amendment protecting the right to engage in farming, ranching, timber production, horticulture, and wildlife management.
*La enmienda constitucional que protege el derecho a dedicarse a la agricultura, la ganadería, la producción de madera, la horticultura y la gestión de la vida silvestre.*

○ For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 2
*Estado de Texas, Número de propuesta 2*

The constitutional amendment authorizing a local option exemption from ad valorem taxation by a county or municipality of all or part of the appraised value of real property used to operate a child-care facility.
*La enmienda constitucional que autoriza una exención opcional a nivel local de impuestos ad valorem por un condado o municipio sobre la totalidad o parte del valor tasado de los bienes inmuebles utilizados para operar una instalación de cuidado infantil.*

○ For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 3
*Estado de Texas, Número de propuesta 3*

The constitutional amendment prohibiting the imposition of an individual wealth or net worth tax, including a tax on the difference between the assets and liabilities of an individual or family.
*La enmienda constitucional que prohíbe la aplicación de un impuesto sobre la riqueza o el patrimonio neto individual, lo que incluye un impuesto basado en la diferencia entre los activos y pasivos de una persona o familia.*

○ For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 4
*Estado de Texas, Número de propuesta 4*

The constitutional amendment to authorize the legislature to establish a temporary limit on the maximum appraised value of real property other than a residence homestead for ad valorem tax purposes; to increase the amount of the exemption from ad valorem taxation by a school district applicable to residence homesteads from $40,000 to $100,000; to adjust the amount of the limitation on school district ad valorem taxes imposed on the residence homesteads of the elderly or disabled to reflect increases in certain exemption amounts; to except certain appropriations to pay for ad valorem tax relief from the constitutional limitation on the rate of growth of appropriations; and to authorize the legislature to provide for a four-year term of office for a member of the board of directors of certain appraisal districts.
*La enmienda constitucional para autorizar a la legislatura a establecer un límite temporal sobre el valor máximo de tasación de los bienes inmuebles que no sean residencias familiares a efectos de impuestos ad valorem; a aumentar el monto de la exención de impuestos ad valorem por un distrito escolar aplicable a las residencias familiares de $40,000 a $100,000; a ajustar el monto de la limitación de los impuestos ad valorem del distrito escolar aplicados a las residencias familiares de personas mayores o discapacitadas para reflejar los aumentos en ciertos montos de exención; a exceptuar ciertas asignaciones de pagar para el alivio del impuesto ad valorem de la limitación constitucional sobre la tasa de crecimiento de las asignaciones; y a autorizar a la legislatura a prever un mandato de cuatro años de cargo para un miembro de la junta directiva de ciertos distritos de tasación.*

○ For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 5
*Estado de Texas, Número de propuesta 5*

The constitutional amendment relating to the Texas University Fund, which provides funding to certain institutions of higher education to achieve national prominence as major research universities and drive the state economy.
*La enmienda constitucional relacionada con el Fondo Universitario de Texas (Texas University Fund), que establece financiamiento para ciertas instituciones de educación superior con el fin de lograr renombre nacional como importantes universidades de investigación e impulsar la economía estatal.*

○ For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 6
*Estado de Texas, Número de propuesta 6*

The constitutional amendment creating the Texas water fund to assist in financing water projects in this state.
*La enmienda constitucional que crea el fondo de agua de Texas con el fin de facilitar el financiamiento de proyectos hídricos en este estado.*

○ For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 7
*Estado de Texas, Número de propuesta 7*

The constitutional amendment providing for the creation of the Texas energy fund to support the construction, maintenance, modernization, and operation of electric generating facilities.
*La enmienda constitucional que establece la creación del fondo de energía de Texas con el fin de apoyar la construcción, mantenimiento, modernización y operación de instalaciones generadoras de energía eléctrica.*

● For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 8
*Estado de Texas, Número de propuesta 8*

The constitutional amendment creating the broadband infrastructure fund to expand high-speed broadband access and assist in the financing of connectivity projects.
*La enmienda constitucional que crea el fondo para infraestructura de banda ancha con el fin de expandir el acceso a banda ancha de alta velocidad y facilitar el financiamiento de proyectos de conectividad.*

● For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 9
*Estado de Texas, Número de propuesta 9*

The constitutional amendment authorizing the 88th Legislature to provide a cost-of-living adjustment to certain annuitants of the Teacher Retirement System of Texas.
*La enmienda constitucional que crea a la 88.ª Legislatura la posibilidad de ajuste por costo de vida a ciertos beneficiarios del Sistema de Jubilación de Maestros de Texas.*

● For
 *A Favor*

○ Against
 *En Contra*

## State of Texas, Proposition 10
*Estado de Texas, Número de propuesta 10*

The constitutional amendment to authorize the legislature to exempt from ad valorem taxation equipment or inventory held by a manufacturer of medical or biomedical products to protect the Texas healthcare network and strengthen our medical supply chain.
*La enmienda constitucional que autoriza a la legislatura a eximir de impuestos ad valorem los equipos o inventarios pertenecientes a un fabricante de productos médicos o biomédicos, con el fin de proteger la red de atención médica de Texas y fortalecer nuestra cadena de suministro médico.*

○ For
 *A Favor*

● Against
 *En Contra*

# Vote Both Sides
*Vote en Ambos Lados*

370 BS 6

Typ:01 Seq:0231 Spl:01

VRM0000040

370 R0 6

County Overview

### State of Texas, Proposition 11
*Estado de Texas, Número de propuesta 11*

The constitutional amendment authorizing the legislature to permit conservation and reclamation districts in El Paso County to issue bonds supported by ad valorem taxes to fund the development and maintenance of parks and recreational facilities.

*La enmienda constitucional que autoriza a la legislatura a permitir que los distritos de conservación y reclamación en el Condado de El Paso emitan bonos respaldados por impuestos ad valorem para financiar el desarrollo y mantenimiento de parques e instalaciones recreativas.*

- ● For
  *A Favor*
- ○ Against
  *En Contra*

### State of Texas, Proposition 12
*Estado de Texas, Número de propuesta 12*

The constitutional amendment providing for the abolition of the office of county treasurer in Galveston County.

*La enmienda constitucional que establece la abolición del cargo de tesorero del condado en el Condado de Galveston.*

- ○ For
  *A Favor*
- ● Against
  *En Contra*

### State of Texas, Proposition 13
*Estado de Texas, Número de propuesta 13*

The constitutional amendment to increase the mandatory age of retirement for state justices and judges.

*La enmienda constitucional para aumentar la edad obligatoria de jubilación para los magistrados y jueces estatales.*

- ○ For
  *A Favor*
- ● Against
  *En Contra*

### State of Texas, Proposition 14
*Estado de Texas, Número de propuesta 14*

The constitutional amendment providing for the creation of the centennial parks conservation fund to be used for the creation and improvement of state parks.

*La enmienda constitucional que establece la creación del fondo de conservación de los parques centenarios que se utilizará para la creación y mejora de los parques estatales.*

- ● For
  *A Favor*
- ○ Against
  *En Contra*

### Williamson County, Texas
*Condado de Williamson, Texas*

**Special Election
Bond Election**
*Elección Especial
Elección de Bonos*

**Proposition A**

The issuance of $825,000,000 of bonds for roads and the levy of taxes sufficient to pay principal of and interest on the bonds.

*Proposición A*
*La emisión de $825,000,000 en bonos para caminos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ● For
  *A Favor*
- ○ Against
  *En Contra*

### Williamson County, Texas
*Condado de Williamson, Texas*

**Proposition B**

The issuance of $59,000,000 of bonds for park and recreational purposes and the levy of taxes sufficient to pay principal of and interest on the bonds.

*Proposición B*
*La emisión de $59,000,000 en bonos para parques y propósitos recreativos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

- ● For
  *A Favor*
- ○ Against
  *En Contra*

### Williamson County Emergency Services District No. 8
*Distrito Número 8 de Servicios de Emergencia del Condado de Williamson*

**Adoption of a local sales and use tax**
*La adopción de un impuesto local de ventas y uso*

**Proposition A**

The adoption of a local sales and use tax in Williamson County Emergency Services District No. 8, at the rate of two percent.

*Proposición A*
*La adopción de un impuesto local de ventas y uso en el Distrito Número 8 de los Servicios de Emergencia del Condado de Williamson en la proporción del dos por ciento.*

- ● For
  *A Favor*
- ○ Against
  *En Contra*

0706

**Vote Both Sides**
*Vote en Ambos Lados*

Typ:01 Seq:0231 Spl:01

370 R0 6

370 H3 0

**November 7, 2023**
*7 de noviembre de 2023*

# Constitutional Amendment and Special Elections of Williamson County, Texas
*Elecciones Sobre Enmiendas a la Constitución y Especiales Condado de Williamson, TX*

**Official Ballot**
*Boleta Oficial*

**State Ballot**

**State Ballot**

**INSTRUCTION NOTE:**
Vote for your choice in each race by darkening in the oval beside the candidate's name or proposition.



*NOTA DE INSTRUCCIÓN:*
*Vote por su preferencia en cada carrera, rellenando el óvalo que se encuentra a lado del nombre del candidato o la proposición.*



## State of Texas, Proposition 1
*Estado de Texas, Número de propuesta 1*

The constitutional amendment protecting the right to engage in farming, ranching, timber production, horticulture, and wildlife management.

*La enmienda constitucional que protege el derecho a dedicarse a la agricultura, la ganadería, la producción de madera, la horticultura y la gestión de la vida silvestre.*

- ● For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 2
*Estado de Texas, Número de propuesta 2*

The constitutional amendment authorizing a local option exemption from ad valorem taxation by a county or municipality of all or part of the appraised value of real property used to operate a child-care facility.

*La enmienda constitucional que autoriza una exención opcional a nivel local de impuestos ad valorem por un condado o municipio sobre la totalidad o parte del valor tasado de los bienes inmuebles utilizados para operar una instalación de cuidado infantil.*

- ● For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 3
*Estado de Texas, Número de propuesta 3*

The constitutional amendment prohibiting the imposition of an individual wealth or net worth tax, including a tax on the difference between the assets and liabilities of an individual or family.

*La enmienda constitucional que prohíbe la aplicación de un impuesto sobre la riqueza o el patrimonio neto individual, lo que incluye un impuesto basado en la diferencia entre los activos y pasivos de una persona o familia.*

- ● For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 4
*Estado de Texas, Número de propuesta 4*

The constitutional amendment to authorize the legislature to establish a temporary limit on the maximum appraised value of real property other than a residence homestead for ad valorem tax purposes; to increase the amount of the exemption from ad valorem taxation by a school district applicable to residence homesteads from $40,000 to $100,000; to adjust the amount of the limitation on school district ad valorem taxes imposed on the residence homesteads of the elderly or disabled to reflect increases in certain exemption amounts; to except certain appropriations to pay for ad valorem tax relief from the constitutional limitation on the rate of growth of appropriations; and to authorize the legislature to provide for a four-year term of office for a member of the board of directors of certain appraisal districts.

*La enmienda constitucional para autorizar a la legislatura a establecer un límite temporal sobre el valor máximo de tasación de los bienes inmuebles que no sean residencias familiares a efectos de impuestos ad valorem; a aumentar el monto de la exención de impuestos ad valorem por un distrito escolar aplicable a las residencias familiares de $40,000 a $100,000; a ajustar el monto de la limitación de los impuestos ad valorem del distrito escolar aplicables a las residencias familiares de personas mayores o discapacitadas para reflejar los aumentos en ciertos montos de exención; a exceptuar del límite constitucional sobre la tasa de crecimiento de las asignaciones; y a autorizar a la legislatura a prever un mandato de cuatro años de cargo para un miembro de la junta directiva de ciertos distritos de tasación.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 5
*Estado de Texas, Número de propuesta 5*

The constitutional amendment relating to the Texas University Fund, which provides funding to certain institutions of higher education to achieve national prominence as major research universities and drive the state economy.

*La enmienda constitucional relacionada con el Fondo Universitario de Texas (Texas University Fund), que establece financiamiento para ciertas instituciones de educación superior con el fin de lograr renombre nacional como importantes universidades de investigación e impulsar la economía estatal.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 6
*Estado de Texas, Número de propuesta 6*

The constitutional amendment creating the Texas water fund to assist in financing water projects in this state.

*La enmienda constitucional que crea el fondo de agua de Texas con el fin de facilitar el financiamiento de proyectos hídricos en este estado.*

- ○ For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 7
*Estado de Texas, Número de propuesta 7*

The constitutional amendment providing for the creation of the Texas energy fund to support the construction, maintenance, modernization, and operation of electric generating facilities.

*La enmienda constitucional que establece la creación del fondo de energía de Texas con el fin de apoyar la construcción, mantenimiento, modernización y operación de instalaciones generadoras de energía eléctrica.*

- ● For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 8
*Estado de Texas, Número de propuesta 8*

The constitutional amendment creating the broadband infrastructure fund to expand high-speed broadband access and assist in the financing of connectivity projects.

*La enmienda constitucional que crea el fondo para infraestructura de banda ancha con el fin de expandir el acceso a la banda ancha de alta velocidad y facilitar el financiamiento de proyectos de conectividad.*

- ● For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 9
*Estado de Texas, Número de propuesta 9*

The constitutional amendment authorizing the Legislature to provide a cost-of-living adjustment to certain annuitants of the Teacher Retirement System of Texas.

*La enmienda constitucional que autoriza a la 88ª Legislatura a proporcionar un ajuste por costo de vida a ciertos beneficiarios del Sistema de Jubilación de Maestros de Texas.*

- ● For
  *A Favor*

- ○ Against
  *En Contra*

## State of Texas, Proposition 10
*Estado de Texas, Número de propuesta 10*

The constitutional amendment to authorize the legislature to exempt from ad valorem taxation equipment or inventory held by a manufacturer of medical or biomedical products to protect the Texas healthcare network and strengthen our medical supply chain.

*La enmienda constitucional que autoriza a la legislatura a eximir de impuestos ad valorem los equipos o productos pertenecientes a un fabricante de productos médicos o biomédicos, con el fin de proteger la red de atención médica de Texas y fortalecer nuestra cadena de suministro médico.*

- ○ For
  *A Favor*

- ● Against
  *En Contra*

**Vote Both Sides**
*Vote en Ambos Lados*

370 H3 0

Typ:01 Seq:0231 Spl:01

VBM0000641

370 B6 6

## State of Texas, Proposition 11
*Estado de Texas, Número de propuesta 11*

The constitutional amendment authorizing the legislature to permit conservation and reclamation districts in El Paso County to issue bonds supported by ad valorem taxes to fund the development and maintenance of parks and recreational facilities.

*La enmienda constitucional que autoriza a la legislatura a permitir que los distritos de conservación y reclamación en el Condado de El Paso emitan bonos respaldados por impuestos ad valorem para financiar el desarrollo y mantenimiento de parques e instalaciones recreativas.*

● For
  *A Favor*

○ Against
  *En Contra*

## State of Texas, Proposition 12
*Estado de Texas, Número de propuesta 12*

The constitutional amendment providing for the abolition of the office of county treasurer in Galveston County.

*La enmienda constitucional que establece la abolición del cargo de tesorero del condado en el Condado de Galveston.*

○ For
  *A Favor*

● Against
  *En Contra*

## State of Texas, Proposition 13
*Estado de Texas, Número de propuesta 13*

The constitutional amendment to increase the mandatory age of retirement for state justices and judges.

*La enmienda constitucional para aumentar la edad obligatoria de jubilación para los magistrados y jueces estatales.*

○ For
  *A Favor*

● Against
  *En Contra*

## State of Texas, Proposition 14
*Estado de Texas, Número de propuesta 14*

The constitutional amendment providing for the creation of the centennial parks conservation fund to be used for the creation and improvement of state parks.

*La enmienda constitucional que establece la creación del fondo de conservación de los parques centenarios que se utilizará para la creación y mejora de los parques estatales.*

● For
  *A Favor*

○ Against
  *En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

### Special Election
### Bond Election
*Elección Especial*
*Elección de Bonos*

**Proposition A**

The issuance of $825,000,000 of bonds for roads and the levy of taxes sufficient to pay principal of and interest on the bonds.

**Proposición A**

*La emisión de $825,000,000 en bonos para caminos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

● For
  *A Favor*

○ Against
  *En Contra*

## Williamson County, Texas
*Condado de Williamson, Texas*

**Proposition B**

The issuance of $59,000,000 of bonds for park and recreational purposes and the levy of taxes sufficient to pay principal of and interest on the bonds.

**Proposición B**

*La emisión de $59,000,000 en bonos para parques y propósitos recreativos y la imposición de impuestos suficientes para pagar el capital y el interés de los bonos.*

● For
  *A Favor*

○ Against
  *En Contra*

## Williamson County Emergency Services District No. 8
*Distrito Número 8 de Servicios de Emergencia del Condado de Williamson*

### Adoption of a local sales and use tax
*La adopción de un impuesto local de ventas y uso*

**Proposition A**

The adoption of a local sales and use tax in Williamson County Emergency Services District No. 8, at the rate of two percent.

**Proposición A**

*La adopción de un impuesto local de ventas y uso en el Distrito Número 8 de los Servicios de Emergencia del Condado de Williamson en la proporción del dos por ciento.*

● For
  *A Favor*

○ Against
  *En Contra*

0700

### Vote Both Sides
*Vote en Ambos Lados*

370 B6 6

Typ:01 Seq:0231 Spl:01

P

00000230 BCYD23D

WILLIAMSON COUNTY, TEXAS

NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION

370

370-1

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

Michael S. Ball



00000230 BCY8D41
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-1

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

Chetan S. Ball

P

00000232 BBNBCD5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000231 BIP927C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                          FOR/A FAVOR

WILCO, PROP A---------------------------------------
                                     AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
                                          FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
                                     AGAINST/EN CONTRA

Sammy James Panzarino



00000232 BJEFF92
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

00000231_BIX2B34

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------------
NO SELECTION

WILCO, PROP B------------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------------
NO SELECTION



00000232 BIWB0A1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000231 BGSE1C1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

Teri Mottenberg

P

00000232 BGS9916
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

Jiri Moltenberg

P

00006231 BGT4825
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A----------------------------------
FOR/A FAVOR



00000231 BJGF666
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------------
AGAINST/EN CONTRA

P

00000232 BJG1022
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
NO SELECTION

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000231 BJG8AC4
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS-------------
                                    AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                    AGAINST/EN CONTRA

WILCO ESD 8, PROP A----------------------------------
                                    AGAINST/EN CONTRA

D Kay Ledbitts



00000232 BJHD4AE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000231 BJGFB45
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
                                        AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
                                        AGAINST/EN CONTRA

WILCO ESD 8, PROP A-----------------------------------
                                        AGAINST/EN CONTRA

00000231 BJG1832
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
NO SELECTION

STATE OF TEXAS, PROP 10-----------------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-----------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------------
FOR/A FAVOR



00000232 BJGE81A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000231 BJH59E3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

P

00000232 BJH9BF9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----- ----------------------
NO SELECTION

STATE OF TEXAS, PROP 11--------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 13--------------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
NO SELECTION

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
NO SELECTION



00000231 BJG4612
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA



P

00000231 BJGB70C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA



00000232 BJG78D6                                P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                     AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
                                     AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
----------------------------------- AGAINST/EN CONTRA

P

00000231 BJG68C6
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
NO SELECTION

WILCO, PROP B--------------------------------------
NO SELECTION

WILCO ESD 8, PROP A--------------------------------
NO SELECTION

D Kay Ledbetter



09000232 BJG05AF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

P

00000232 BJH6A88

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



P

00000232 BJG4B3E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

P

00000232 BJG25CE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

D Kay Ledbell



00000231 BJG4E6C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A----------------------------------
AGAINST/EN CONTRA



P

00000231 BJH5902
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A---------------------------------
AGAINST/EN CONTRA

00000232 BJG382B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BJG6876
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BJG0381
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                            FOR/A FAVOR

WILCO, PROP A---------------------------------------
                                      AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN------
                                      AGAINST/EN CONTRA

D. Kay Ledbetter



P

00000232 BJGA4E0

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000231 BJH9C37
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

WILCO ESD 8, PROP A
FOR/A FAVOR



00000231 BJH45F7

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4----------------------------------
NO SELECTION

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------------
NO SELECTION

D. Kay Ledbetter

00000231 BJH99A3

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A---------------------------------
AGAINST/EN CONTRA



00000231 BJG4EE7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------------
FOR/A FAVOR



P

00000232 BJG3790
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00006232 BJG9CBA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA



P

00000232 BJG3A01
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BJG6357
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

00000232 BJGFB5C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BJG8772

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000231 BJGA13E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA

P

00000232 BJGFAA7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000231 BJH9CC6
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
AGAINST/EN CONTRA

D Kay Ledbetter



00000232 BJH641A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------- FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------- FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------- FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------- FOR/A FAVOR

WILCO, PROP A------------------------------------------- AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN------- AGAINST/EN CONTRA



00000231 BJHA54C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------------------
AGAINST/EN CONTRA



00000232 BJGF8E9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS - - - - - - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS - - - - - - - - - - - - AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4 - - - - - - - - - - - - - - - - - - - - - - - - - AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS - - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 9 - - - - - - - - - - - - - - - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 10 - - - - - - - - - - - - - - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 11 - - - - - - - - - - - - - - - - - - - - AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS - - - - - - - - FOR/A FAVOR

STATE OF TEXAS, PROP 13 - - - - - - - - - - - - - - - - - - - - AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS - - - - - - - - - FOR/A FAVOR

WILCO, PROP A - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - FOR/A FAVOR

WILCO, PROP B - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN - - - - - - - FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN - - - - - - - FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN - - - - - - - FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN - - - - - - - FOR/A FAVOR



00000231 BJHD267
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR



P

00000231 BJD3E64
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS-------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR

Deborah a Spanel



00000231 BJC0077
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR

Deborah A Spanel

00000232 BGVAA73
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000230 BISOD5C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-1

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 4 ............................... FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS ............... FOR/A FAVOR

STATE OF TEXAS, PROP 9 ............................... FOR/A FAVOR

STATE OF TEXAS, PROP 10 .............................. FOR/A FAVOR

STATE OF TEXAS, PROP 11 .............................. FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS .............. NO SELECTION

STATE OF TEXAS, PROP 13 .............................. FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS ............... FOR/A FAVOR

WILCO, PROP A ........................................ FOR/A FAVOR

WILCO, PROP B ........................................ FOR/A FAVOR

*Michael D. McCloskey*

00000232 BITDA12
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

*Michael D. McCloskey*



00000231 BIS8DE9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA

*Michael D. McCloskey*



P

00000232 BGH7038
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BGGE24C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

P

00000232 BGGB1A4
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BGG449A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
NO SELECTION

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BGGB6E5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000232 BGFA5BF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

00000232 BGHDD67
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BGF9CF9

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

P

00000232 BGGCDC9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

00000232 BGG8F2A

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BGH071B
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                      AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
                                      AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

P

00000231 BGF2DCD
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------
AGAINST/EN CONTRA

P

00000231 BGHC753
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                          AGAINST/EN CONTRA

WILCO, PROP A------------------------------------
                                          AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
                                          AGAINST/EN CONTRA

WILCO ESD 8, PROP A------------------------------
                                          AGAINST/EN CONTRA



00000232 BGG9ED5
P
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000232 BGG4C55
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

P

00000232 BGGB4CB
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BGH70F2

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BGH9109
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000231 BGH0671
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
NO SELECTION

STATE OF TEXAS, PROP 11----------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
NO SELECTION

STATE OF TEXAS, PROP 13--- -----------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS-------------
NO SELECTION

WILCO, PROP A-------------------------------------
NO SELECTION

WILCO, PROP B-------------------------------------
NO SELECTION

WILCO ESD 8, PROP A-------------------------------
NO SELECTION

P

00000232 BGFE2F5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00009232 BGFA782

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000231 BGG4F1E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

00000232 BGG9B59

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BGFAE1D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BGHD2A8
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BGGC78F
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
NO SELECTION

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BGF1BB0

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000232 BGFA865

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BGH6421

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 4
NO SELECTION

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
NO SELECTION

WILCO, PROP B
NO SELECTION

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BGH4AFB
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 4--------------------------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR
STATE OF TEXAS, PROP 9--------------------------------
                                          FOR/A FAVOR
STATE OF TEXAS, PROP 10-------------------------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 11-------------------------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 13-------------------------------
                                          AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                          FOR/A FAVOR
WILCO, PROP A---------------------------------------
                                          FOR/A FAVOR
WILCO, PROP B---------------------------------------
                                          FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR



00000232 BGGC8BE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                      AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
                                      AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA



00000232 BGFB4A8
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA



00000231 BGGEC97
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR



00000231 BGFF54D

**WILLIAMSON COUNTY, TEXAS**
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

WILCO ESD 8, PROP A
AGAINST/EN CONTRA



00000232 BGF39E0

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BGH1038
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------  ---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR



00000232 BGFBE46
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

00000232 BGG9B85
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000231 BGF70F2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
FOR/A FAVOR

P

00006232 BGHD5D7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BGFA73D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BGGBA1A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                    AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
                                    AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN------
                                    AGAINST/EN CONTRA

00009231 BGF411C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

WILCO ESD 8, PROP A
AGAINST/EN CONTRA

P

00009231 BGF4D26
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
AGAINST/EN CONTRA



P

00000232 BGH2956
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                                 FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
                                            AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                                 FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                                NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
                                                 FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                            AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
                                            AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
                                            AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                            AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                            AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                            AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                            AGAINST/EN CONTRA



00000232 BGF2C8D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------- FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------- FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------- NO SELECTION

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------- FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------- FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------- FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------ FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------- FOR/A FAVOR

WILCO, PROP A-------------------------------------------- AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------- FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------- FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------- AGAINST/EN CONTRA



00000231 BGHA586
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A---------------------------------
AGAINST/EN CONTRA



00000232 BGHC417
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BGGC191
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BGGC890

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232_BGH59D5

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BGGE686

P

WILLIAMSON COUNTY, TEXAS

NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION

370

370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BFQ16A4
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BFREECO
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

00000232 BFPF027   P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BFPFD21
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BFQ2492
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000231 BFP4EE5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A-------------------------------
AGAINST/EN CONTRA



00000232 BFRC7DF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
NO SELECTION

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

00000231 BFQ3D17
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS-----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
FOR/A FAVOR

P

00000232 BFR20AF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                    FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                    AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA
--------------------------------------------

00009232 BFRD9A8
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
379
379-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                    FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                    FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR



P

00000232 BFR69EF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000231 BFR16F3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR



00000232 BFR5FA3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

00000232 BFQ5C6A

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00009231 BFQA8FF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
FOR/A FAVOR

00000231 BFPFAA1

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

P

00000232 BIR6D3C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA





00000232 BIRFCDE
WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-- ----
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

Bush Schele



00000232 BIR2B8E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR





00000232 BIQ47EE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS ---- AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4 ---- FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 9 ---- FOR/A FAVOR

STATE OF TEXAS, PROP 10 ---- NO SELECTION

STATE OF TEXAS, PROP 11 ---- NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS ---- NO SELECTION

STATE OF TEXAS, PROP 13 ---- FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS ---- NO SELECTION

WILCO, PROP A ---- FOR/A FAVOR

WILCO, PROP B ---- FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN ---- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN ---- AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN ---- FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN ---- AGAINST/EN CONTRA

Broch Scheli

00000232 BIR2116
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BIQC815

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BCF67AA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

Nikki Franklin



P

00000232 BFLC6B9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000231 BFL82E3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
FOR/A FAVOR



00000232 BFL2836

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BFL4AB7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN------
AGAINST/EN CONTRA



P

00000231 BFNA278
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------------
FOR/A FAVOR

P

00000232 BFNB71B
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BFN910C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
NO SELECTION



90000232 BFLFBF6

□ P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 4-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS------------
NO SELECTION

STATE OF TEXAS, PROP 13----------------------------
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS-------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000232 BFN24B6
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BFL5138
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BFLDFQF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                       AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
                                       AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
----------------------------------------AGAINST/EN CONTRA



P

00000232 BFN7408
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BFLBBF7

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR





00000232 BFN71D7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BFL3F15
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00009231 BFL26AE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                    FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                    FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                    FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------
                                    FOR/A FAVOR



00000232 BFL37E9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
NO SELECTION

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
NO SELECTION

WILCO, PROP A--------------------------------------
NO SELECTION

WILCO, PROP B--------------------------------------
NO SELECTION

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
NO SELECTION



00000232 BFN0741

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BFN8CCC
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                            FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                            FOR/A FAVOR

WILCO, PROP B----------------------------------------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                            FOR/A FAVOR



P

00000231 BFL3FFF
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

00000232 BFNE1A7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA





P

00000232 BFLDA90
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
--------------------------------- AGAINST/EN CONTRA

P

00000232 BFNABF2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA



00000231 BFN108C
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
FOR/A FAVOR

P

00009232 BFLD15E
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BFN06B8
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A-------------------------------------------
FOR/A FAVOR

WILCO, PROP B-------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BFL2124
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS-----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS- -------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA





00000232 BFNB385
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                       AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
                                           FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                           FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                           FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                       AGAINST/EN CONTRA



00000231 BFN522E

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR

P

00000232 BFNB3B0

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



P

00006232 BFLB0F4

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



P

00000232 BFLC592
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                        FOR/A FAVOR

WILCO, PROP A------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B------------------------------------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR



P

00000232 BFL2653
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



P

00000232 BFN4394
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
                                         AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                              FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                              FOR/A FAVOR

WILCO, PROP B--------------------------------------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

00000232 BFLCA36
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS ----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------- ----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                        FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                        AGAINST/EN CONTRA

WILCO, PROP B------------------------ ---------------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        AGAINST/EN CONTRA



00000231 BFL474A

**P**

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A---------------------------------
FOR/A FAVOR



P

00000232 BFNBADE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                        FOR/A FAVOR

WILCO, PROP A------------------------------------------
                                        FOR/A FAVOR

WILCO, PROP B------------------------------------------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN--------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN--------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN--------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN--------
                                        FOR/A FAVOR

00000232 BFL4F0C

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BFN2556
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-B

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
---------------------------------------------AGAINST/EN CONTRA



00000232 BFNA9DE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A-------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00000232 BFNED19
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



P

00000232 BFLF294
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA



P

00000232 BFL3823
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DI TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



P

00000232 BFL51B1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR





00000231 BFL1CD9

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS-------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A--------------------------------
FOR/A FAVOR

P

00000232 BFN0817
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA





00000232 BFL027B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BFLD1AE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR





P

00000232 BFW2CA7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        FOR/A FAVOR

WILCO, PROP A--------------------------------------
                                     AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA



00000232 BFYCA69
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS  PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

00000232 BFY8170

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BFXF16F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                           NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                            FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                           NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
                                      AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                      AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------
                                      AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                      AGAINST/EN CONTRA

P

00000231 BFX16C2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A------------------------------------
AGAINST/EN CONTRA



P

00000232 BFXAC8F
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
NO SELECTION

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 9
NO SELECTION

STATE OF TEXAS, PROP 10
NO SELECTION

STATE OF TEXAS, PROP 11
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
NO SELECTION

STATE OF TEXAS, PROP 13
NO SELECTION

STATE OF TEXAS, PROP 14/STATE OF TEXAS
NO SELECTION

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
NO SELECTION

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
NO SELECTION



00000232 BFY9815
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BAX6FE3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

Marmie Edwards



P

00009232 BAX1DBC
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

Marnie Edwards



00000232 BCODD36                    P
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA
STATE OF TEXAS, PROP 4------------------------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 9------------------------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 10-----------------------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 11-----------------------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                        FOR/A FAVOR
STATE OF TEXAS, PROP 13-----------------------------
                                    AGAINST/EN CONTRA
STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                        FOR/A FAVOR
WILCO, PROP A--------------------------------------
                                        FOR/A FAVOR
WILCO, PROP B--------------------------------------
                                        FOR/A FAVOR
CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA
CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR
CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                        FOR/A FAVOR



00000232 BCN1BF1
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BBC53BA
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

Ette Lynn Morlier



00000232 BGB6DF9
WILLIAMSON COUNTY. TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BAN34DA

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

Julie Eaton



00000232 BA0B9E2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

Julie Eaton



P

00000232 BEZF9D9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
NO SELECTION

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

W. A Harrox f.



P

00000232 BEY5FA5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

W. A Harrox Jr.

P

00000232 BEY593A
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

W. A Harra fr.



P

00000232 BEZB2B3
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
AGAINST/EN CONTRA

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

W. Adarron f.

00000231 BEYD616

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

WILCO ESD 8, PROP A
AGAINST/EN CONTRA

W. A Harrow Jr.

P

00000232 BAGA9D5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 4-----------------------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                        FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-----------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10----------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11----------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13----------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                    AGAINST/EN CONTRA

WILCO, PROP A------------------------------------
                                    AGAINST/EN CONTRA

WILCO, PROP B------------------------------------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

P

00000232 BAH4D97
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
                                           AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                           AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
                                           AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
                                           AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                           AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                           AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                           AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                           AGAINST/EN CONTRA



00000232 BAH7067

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
FOR/A FAVOR

WILCO, PROP B---------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BAH28B5

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
AGAINST/EN CONTRA

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR

.



00000232 BAF9535
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

P

00009232 BAH0262
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BAH680A
P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------------
NO SELECTION

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS----------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
NO SELECTION

WILCO, PROP A------------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
NO SELECTION

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BAH1BB7

**P**

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



P

00000231 BAH0636
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A-----------------------------------
AGAINST/EN CONTRA

P

00000232 BAFF30D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000231 BAF1DEA

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
NO SELECTION

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A----------------------------------------
FOR/A FAVOR

WILCO, PROP B----------------------------------------
FOR/A FAVOR

WILCO ESD 8, PROP A----------------------------------
FOR/A FAVOR



P

00000232 BAHF566
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

00000232 BAH4952
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
FOR/A FAVOR

WILCO, PROP B
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
FOR/A FAVOR



00000232 BAH7021

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

00000232 BAHF483

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS --------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS --------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS --------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4 --------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS --------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS --------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS --------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS --------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9 --------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10 -------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11 -------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS -------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13 -------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS --------------
FOR/A FAVOR

WILCO, PROP A ----------------------------------------
FOR/A FAVOR

WILCO, PROP B ----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN -------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN -------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN -------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN -------
AGAINST/EN CONTRA



00000232 BAGC0B5
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BAH69BB

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BAH2FC7
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
NO SELECTION

STATE OF TEXAS, PROP 13---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BAHE16C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 4
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 9
FOR/A FAVOR

STATE OF TEXAS, PROP 10
FOR/A FAVOR

STATE OF TEXAS, PROP 11
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS
FOR/A FAVOR

STATE OF TEXAS, PROP 13
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS
FOR/A FAVOR

WILCO, PROP A
AGAINST/EN CONTRA

WILCO, PROP B
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN
AGAINST/EN CONTRA

P

00000232 BAH99C0
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR



00000232 BAH970B

**P**

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11------------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A------------------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B------------------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BAF48E4

**P**

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------------
FOR/A FAVOR

WILCO, PROP B--------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BAH2C64
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A-----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

Sal A. Bearo

00000232 BAF4397
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

00000232 BAF7ABE

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4----------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9----------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A------------------------------------------
FOR/A FAVOR

WILCO, PROP B------------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

P

00000232 BAFC7D9
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BAG0689
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                    FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------------
                                    AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                    FOR/A FAVOR

WILCO, PROP A------------------------------------
                                    FOR/A FAVOR

WILCO, PROP B------------------------------------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                    FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                    AGAINST/EN CONTRA



00000232 BAHEE8D
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A---------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B---------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000231 BAHD30B
P
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-6

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
AGAINST/EN CONTRA

WILCO, PROP A----------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
AGAINST/EN CONTRA

WILCO ESD 8, PROP A----------------------------------
AGAINST/EN CONTRA



00000232 BAGC51C
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 4--------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9--------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 10-------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 11-------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
                                              FOR/A FAVOR

WILCO, PROP A----------------------------------------
                                          AGAINST/EN CONTRA

WILCO, PROP B----------------------------------------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR



00000232 BAF334B

P

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA



00000232 BAG8883
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECIAL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS ---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS ---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS ---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4 ---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS ---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS ---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS ---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS ---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9 ---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10 --------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11 --------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS --------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13 --------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS ---------------
FOR/A FAVOR

WILCO, PROP A -----------------------------------------
FOR/A FAVOR

WILCO, PROP B -----------------------------------------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN -------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN -------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN -------
FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN -------
FOR/A FAVOR

AAB



00000232 BAH7ACE
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 4-------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 9-------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 10------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11------------------------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
                                          FOR/A FAVOR

STATE OF TEXAS, PROP 13------------------------------
                                     AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
                                          FOR/A FAVOR

WILCO, PROP A---------------------------------------
                                          FOR/A FAVOR

WILCO, PROP B---------------------------------------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                          FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                     AGAINST/EN CONTRA



00000232 BAG51B2
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4---------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 9---------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 10--------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11--------------------------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
                                              FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
                                          AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS--------------
                                              FOR/A FAVOR

WILCO, PROP A-----------------------------------------
                                              FOR/A FAVOR

WILCO, PROP B-----------------------------------------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
                                              FOR/A FAVOR

00009232 BAG7F1B
WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P



STATE OF TEXAS, PROP 1/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 4---------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS----------------
FOR/A FAVOR

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS----------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 9---------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 10--------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 11--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 13--------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 14/STATE OF TEXAS----------------
FOR/A FAVOR

WILCO, PROP A-----------------------------------------
FOR/A FAVOR

WILCO, PROP B-----------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
----------------------------------AGAINST/EN CONTRA

00000232 BAE15D6

WILLIAMSON COUNTY, TEXAS
NOVEMBER 2023 CONSTITUTIONAL & SPECI
AL ELECTION
370
370-8

P

STATE OF TEXAS, PROP 1/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 2/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 3/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 4------------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 5/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 6/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 7/ESTADO DE TEXAS---------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 8/ESTADO DE TEXAS---------------
FOR/A FAVOR

STATE OF TEXAS, PROP 9------------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 10-----------------------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 11-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 12/ESTADO DE TEXAS--------------
AGAINST/EN CONTRA

STATE OF TEXAS, PROP 13-----------------------------
FOR/A FAVOR

STATE OF TEXAS, PROP 14/STATE OF TEXAS---------------
FOR/A FAVOR

WILCO, PROP A--------------------------------------
AGAINST/EN CONTRA

WILCO, PROP B--------------------------------------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP A/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP B/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP C/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA

CITY OF GEORGETOWN, PROP D/CIUDAD DE GEORGETOWN-------
AGAINST/EN CONTRA