IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAURA PRESSLEY, ROBERT BAGWELL, TERESA SOLL, THOMAS L. KORKMAS, and MADELON HIGHSMITH, <br><br> Plaintiffs, <br><br> v. <br><br> JANE NELSON, *in her official capacity as the Texas Secretary of State*, et al., <br><br> Defendants. | § § § § § § § § § § § § § § | 1:24-CV-318-DII |

## ORDER

**IT IS ORDERED** that Plaintiffs shall file a response to Defendants' Joint Motion for Extension of Time on or before **May 29, 2024**. **IT IS FURTHER ORDERED** that Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint is **ADMINISTRATIVELY STAYED** pending disposition of their motion for extension of time.

**SIGNED** on May 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1