UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Laura Pressley, et al. | § § | |
| Plaintiffs, | § | NO: AU:24-CV-00318-DAE |
| vs. | § § | |
| Jane Nelson, et al. | § § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, December 05, 2024 at 02:00 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas November 26, 2024.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE