UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Laura Pressley, et al | § | |
| *Plaintiff,* | § | |
| vs. | § | NO: AU:24-CV-00318-DAE |
| | § | |
| Jane Nelson, et al | § | |
| *Defendants.* | § | |

## LIMITED ORDER OF REFERRAL

Before the Court is the status of this case. The parties have submitted conflicting scheduling recommendations (dkt no. 73 & 74). This cause is referred to the Honorable Hightower, United States Magistrate Judge, to meet with all parties in this case to discuss scheduling deadlines and to enter a scheduling order to control this case.

IT IS SO ORDERED.

DATED: Austin, Texas, December 4, 2024.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE