IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAURA PRESSLEY, ROBERT BAGWELL, TERESA SOLL, THOMAS L. KORKMAS, AND MADELON HIGHSMITH,<br><br>    Plaintiffs,<br><br>vs.<br><br>JANE NELSON, in her official capacity as the Texas Secretary of State, CHRISTINA ADKINS, in her official capacity as Director of the Elections Division of the Texas Secretary of State, BRIDGETTE ESCOBEDO, in her official capacity as Williamson County Elections Administrator; DESI ROBERTS, in his official capacity as Bell County Elections Administrator, and ANDREA WILSON, in her official capacity as Llano County Elections Administrator,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:24-CV-318-DAE |

ORDER ON PARTIES' BRIEFING ON MOOTNESS

In a status conference held in this case on December 4, 2024, the Court ordered the parties to file briefing on the issue of whether the case is moot in light of the Texas Attorney General and Secretary of State's issuance of directives prohibiting the release of any information which might aid in revealing how a voter

voted, and even prohibiting "the generation of ballot numbers using electronic pollbook systems or using peripheral devices that directly connect to electronic pollbook systems." (Dkt. # 77.) In compliance with that Order, the parties timely filed their briefs on the issue of mootness. (Dkts. ## 79, 80, 81.)

The Court has carefully considered the issues raised in the briefing and finds that the issues raised in the briefing would best be resolved through a motion for summary judgment to be jointly filed by Defendants. Accordingly, the Court Orders that Defendants, to the extent they wish to do so, may file a motion for summary judgment to discuss the issues raised in their briefing on mootness. **Any such motion is due within thirty days of the date of this Order**. Plaintiffs may respond, and Defendants may file a reply, in accordance with the local rules governing response deadlines.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, March 25, 2025.

_____
David Alan Ezra
Senior United States District Judge