# EXHIBIT D

## DECLARATION OF PETER LICHTENHELD

1. My name is Peter Lichtenheld. I am over 18 years of age, of sound mind, and am capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am Senior Vice President of Customer Success of Hart InterCivic, a voting system manufacturer and solutions provider with a headquarters in Austin, Texas. Hart InterCivic is one of the top three voting system providers in the United States. Hart InterCivic election software currently is used to conduct elections in over 240 jurisdictions across Texas and hundreds more across the United States. Llano County, Texas, uses a Hart InterCivic voting system called Verity.

3. I have been an employee at Hart InterCivic since 2001. Because of my role in the company, I am familiar with the Verity system and how it operates, including how it operates to comply with Texas ballot numbering requirements.

4. For example, I am familiar with how the Verity system works with our partner electronic pollbook, the KNOWiNK Poll Pad. An electronic pollbook is a laptop or tablet device that is used by poll workers to check in voters at a polling place. It uses a list of qualified voters exported from the county's voter registration system. KNOWiNK is one brand of electronic pollbook. The KNOWiNK electronic pollbook uses an Apple iPad as the check-in device that KNOWiNK calls a "Poll Pad".

5. The Verity voting system does not connect to the KNOWiNK Poll Pad in any way. Because Verity devices never connect to any KNOWiNK devices directly, there is always an "air gap" between the Verity system and any electronic pollbook. The "air gap" means that there is no physical connection between the Verity system and the KNOWiNK Poll Pad and that the Verity system is not connected to any network, including the internet.

1

6. The Verity voting system is certified both federally (via the Election Assistance Commission) and by the State of Texas. The purpose of EAC's national voting system certification program is to independently verify that voting systems comply with the functional capabilities, accessibility, and security requirements necessary to ensure the integrity and reliability of voting system operation, as established in the Voluntary Voting System Guidelines (VVSG). The State of Texas certification then tests for compliance with additional State requirements.

7. Likewise, the KNOWiNK electronic pollbook is certified both federally (via the Election Assistance Commission) and by the State of Texas.

8. Both Hart and KNOWiNK are in compliance with Texas Election Advisory 2024-21 regarding Updated Ballot Numbering Requirements issued by Christina Worrell Adkins, Director of Elections, to County Clerks/Elections Administrators on June 24, 2024.

9. Consistent with Texas Election Advisory 2024-21, the KNOWiNK electronic pollbook does not generate the ballot numbering required in Texas when used with the Verity voting system.

10. The Verity system's ballot numbering function is part of the product approved and certified by the State of Texas. It meets all requirements for ballot numbering in the State of Texas, it is not generated by any electronic pollbook, and a ballot number is not visible until a ballot is printed.

11. Verity voting devices at the polling places in Llano County are only connected to other Verity voting devices, wall power and the bar code scanner that reads the ballot style slip. No voting device is connected to the KNOWiNK electronic pollbook.

12. The voting process in a Llano County polling place follows this basic process: the voter enters the polling place and is checked in by a poll worker on the KNOWiNK Poll Pad. If

2

the voter is qualified to vote, the poll worker prints a ballot style slip for that voter's correct ballot style from the Poll Pad. The ballot style slip is taken to another poll worker who scans that ballot style slip into a Verity voting device at the polling place. This Verity device is called a "Controller". The Controller prints the voter an access code allowing them to bring up a ballot with the correct ballot style. The voter then takes that access code to a Verity ballot marking device (called a "Duo") that is physically connected to the Controller, enters the access code on the Duo to bring up their correct ballot, votes the ballot on the device screen, and prints the voted ballot. The ballot with a ballot number is printed by the voter only after voting on the Hart Verity Duo ballot marking device. After printing the voted ballot with a ballot number, the voter walks to a separate Verity Scan device, scans their ballot, sees the image of a flag and the message on the screen saying that the scan was successful, gets their "I Voted" sticker and exits the polling place.

My name is Peter Lichtenheld. My date of birth is November 9, 1959, and my business address is 3800 Quick Hill Road, Austin, TX 78728. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the 18th day of April, 2025.

*P. Lichtenheld*

Peter Lichtenheld

3